UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

John Wayne Morgan,                    Civil No. 12-00596 DSD/JJK

    Plaintiff,

v.                                                                **ORDER**

Minnesota Department of
Corrections,

    Defendant.

_____

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated April 12, 2012.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application to proceed in forma pauperis, (Docket No. 2), is **DENIED**;

2. Plaintiff's motion to "screan [sic] cellies and stop forcing offenders into assaultive situations," (Docket No. 3), is **DENIED**; and

3.  This action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  May 1, 2012

s/David S. Doty
DAVID S. DOTY, Judge
United States District Court
